Bail Application

MINUTE ENTRY FOR ~~CRIMINAL PROCEEDING~~

BEFORE MAG. JUDGE  Kuo                    DATE: 10/07/2019

DOCKET NUMBER: 19cr442(ILG)               LOG #: 11:18 – 11:28

DEFENDANT'S NAME: Dominick Ricigliano
___ Present  ✓ Not Present   ___ Custody  ✓ Bail

DEFENSE COUNSEL: James Froccaro
___ Federal Defender  ___ CJA  ✓ Retained

A.U.S.A: _____  CLERK: _____

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

   ___ Defendant advised of bond conditions set by the Court and signed the bond.

   2 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

   ___ (Additional) surety/ies to co-sign bond by _____

   ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____