**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

October 23, 2019

<u>BY ECF</u>
Hon. I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  <u>United States v. Dominick Ricigliano</u>
                  19 Cr 442 (ILG)

Dear Judge Glasser:

      As you know, I am the attorney for Dominick Ricigliano in connection with the above-referenced criminal case. On October 7, 2019, Mr. Ricigliano was ordered released on a $500,000 Bond in connection with this matter on home confinement with an electronic monitoring bracelet with GPS tracking. His Appearance Bond was signed by his parents and secured by real property. Mr. Ricigliano is permitted to leave his residence for employment and certain other activities approved by Pretrial Services, and he must abide by a no-contact list.

1

By this letter, I am respectfully requesting that Mr. Ricigliano be permitted to leave his residence in Staten Island on Sunday, November 3, 2019, to attend the 2:30 p.m. Baptism of his best friend's (an NYC Firefighter) newborn child at Saint Clarey Church, located at 110 Nelson Avenue in Staten Island. The Baptism will be be followed directly by a celebration dinner at La Strada Restaurant, located at 139 New Dorp Lane in Staten Island. It is anticipated that the dinner will end by 7:30 p.m. that day.

The government has consented to this travel request and the Pretrial Services Office has no objection.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:pa

cc: USPSO Michael Dorn, by email

*Granted*
*So Ordered*
*R. L. Glasser*
*USDJ*
*10/24/19*

2