

|  |  |
|---|---|
| EAG | *271 Cadman Plaza East* |
| F. #2018R01021 | *Brooklyn, New York 11201* |

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

March 12, 2021

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Dominick Ricigliano
            <u>Criminal Docket No. 19-442 (S-1) (BMC)</u>

Dear Judge Cogan:

      The government respectfully submits this letter in connection with the sentencing of defendant Dominick Ricigliano. Ricigliano is scheduled to be sentenced on March 25, 2021. In his sentencing memorandum, Ricigliano seeks a sentence of 21 months' imprisonment, the low end of the Guidelines range set forth in the plea agreement between the government and the defendant and described in the Pre-Sentence Investigation Report ("PSR") (<u>see</u> PSR ¶¶ 84-93, 136, 151). In light of the seriousness of the offense (<u>see</u> PSR ¶ 72), the government agrees that a sentence within the Guidelines range is warranted, but

consistent with the terms of the government's plea agreement with the defendant, the government does not take a position where within the Guidelines range the defendant should be sentenced.

Respectfully submitted,

SETH D. DUCHARME
Acting United States Attorney

By:   /s/_____
Elizabeth Geddes
Megan Farrell
James McDonald
Assistant U.S. Attorneys
(718) 254-7000

Cc:     Clerk of the Court (BMC) (by ECF)
        Patricia Sullivan (U.S. Probation) (by e-mail)
        James Froccaro, Esq. (by ECF)